## WU BUILDING INVESTORS,
## LLC, Respondent,

v.

**WATKINS & COMPANY REAL ESTATE, INC. d/b/a Watkins & Company, Inc. and Richard C. Watkins, Appellant.**

### WD 77124

Missouri Court of Appeals,
Western District.

ORDER FILED: December 9, 2014

John Duggan, Overland Park, KS, Counsel for Appellant

Matthew Heffner, Overland Park, KS, Co–Counsel for Appellant

Kevin Breer, Kansas City, MO, Counsel for Respondent

Brett Randol, Kansas City, MO, Co–Counsel for Respondent

Eric Carter, Olathe, KS, Co–Counsel for Respondent

Before Division One: Thomas H. Newton, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Watkins & Company Real Estate, Inc., and Mr. Richard Watkins appeal the judgment in favor of WU Building Investors, LLC, for $63,626.71, plus interest and attorney fees, with respect to the termination of a commercial lease.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).